# UNITED STATES BANKRUPTCY COURT
## Northern District of Florida
## Tallahassee Division

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER: 20-40157 |
| | } | |
| Steven Leoni | } | |
| | } | JUDGE  Specie |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM ___April___ 3 TO ___April___ 30, 2020

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:  5/21/2020

Attorney for Debtor

Debtor's Address
and Phone Number:
3951 W Millers Bridge Rd
Tallahassee, FL 32312

Tel. _____

Attorney's Address
and Phone Number:
2810 Remington Green Circle
Tallahassee, FL 32308

Bar No. ___  118971
Tel. _____ 850-385-0342

Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee.
Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website,
http://www.usdoj.gov/ust/r21/reg_info.htm
1)        Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)        Initial Filing Requirements
3)        Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | |
|---|---|
| Case Number: | |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 1193.22 | |
| CASH- Beginning of Month (Business) | 0 | |
| | | |
| Total Household Receipts | 1321.67 | |
| Total Business Receipts | 0 | |
| Total Receipts | 1321.67 | |
| | | |
| Total Household Disbursements | 0 | |
| Total Business Disbursements | 0 | |
| Total Disbursements | 0 | |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 1321.67 | |
| | | |
| CASH- End of Month (Individual) | 2514.89 | |
| CASH- End of Month (Business) | 0 | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 0 | |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 0 | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 0 | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This __21__ day of ____May.____ 20__20__.

_____
Debtor's Signature

Monthly Operating Report - Individual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month April | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 1193.22 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 1321.67 | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **TOTAL RECEIPTS** | 1321.67 | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | | |
| Household Repairs & Maintenance | | |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | | |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
| | | |
| | | |
| | | |
| **Total Household Disbursements** | 0 | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | 2514.89 | |

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 1

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other then a debtor in possession account? | | X |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | X |
| 8. | Are any post-petition state or local sales taxes past due? | | X |
| 9. | Are any post-petition real estate taxes past due? | | X |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| No changes from previous provided policies | | | |
| | | | |
| | | | |
| | | | |

____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____     Jul-20

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | American Commerce | Wells Fargo | | |
| Account Number: | 150000007 | 51737439 | 6060040067 | |
| Purpose of Account (Business/Personal) | Personal | Personal | Personal | |
| Type of Account (e.g. checking) | Checking | Checking | Checking | |
| | | | | |
| 1. Balance per Bank Statement | 661.68 | 31.54 | 0 | |
| 2. ADD: Deposits not credited (attach list to this report) | 1321.67 | 0 | 500 | |
| 3. SUBTRACT: Outstanding Checks (attach list) | 0 | 0 | 0 | |
| 4. Other Reconciling Items (attach list to this report) | 0 | 0 | 0 | |
| 5. Month End Balance (Must Agree with Books) | 1983.35 | 31.54 | 500 | |
| TOTAL OF ALL ACCOUNTS | | | | 2514.89 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3A**

### CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| | |
|---|---|
| Name of Bank | |
| Account Number | |
| Purpose of Account (Personal) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT –
INDIVIDUAL**

**ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | N/A | |
| Plus:  Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

* Attach explanation of  any adjustment or writeoff.

** The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| Federal Taxes | N/A | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| | | |
| State & Local Taxes | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | | |
| Total Post-Petition Taxes | | |

* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

** Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 5

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| Accounts Payable Beginning Balance* | | | |
| Plus: New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]\*\*\* | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# Wells Fargo Everyday Checking



May 18, 2020  ■  Page 1 of 3

STEVEN LEONI
DEBTOR IN POSSESSION
CH11CASE#20-40157(NFL)
3951 W MILLERS BRIDGE RD
TALLAHASSEE FL 32312-1055

## Questions?

Please contact The Private Bank Service Team:

Telecommunications Relay Services calls accepted

*Phone:* **877.646.8560**

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Private Bank (287)
P.O. Box 4056
Concord, CA 94524-4056

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☑ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/17 | $0.00 |
| Deposits/Additions | 500.00 |
| Withdrawals/Subtractions | - 0.00 |
| **Ending balance on 5/18** | **$500.00** |

Account number:  **6060040067**

**STEVEN LEONI**
**DEBTOR IN POSSESSION**
**CH11CASE#20-40157(NFL)**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  063107513

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

THE PRIVATE BANK



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 4/17 | | Etransfer IN Branch/Store - From Checking 1201 N Monroe St Tallahassee FL 3805 | 500.00 | | 500.00 |
| Ending balance on 5/18 | | | | | 500.00 |
| **Totals** | | | **$500.00** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/17/2020 - 05/18/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|------|------|------|
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $500.00 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)     ☐
RC/RC

 IMPORTANT ACCOUNT INFORMATION

Effective June 20, 2020, we are updating the Funds Availability Policy in our Deposit Account Agreement as follows:

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

In the "Special rules for new accounts" section, setting forth special rules that apply during the first 30 days your account is open, we are updating the amounts in the two bullets in the second paragraph from $5,000 to $5,525 and from $200 to $225 as follows:
- The first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.
- The excess over $5,525 and funds from all other check deposits will be available on the seventh business day after the day of your deposit. The first $225 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

THE PRIVATE BANK



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.           $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

                                          + $ _____

**C** Add **A** and **B** to calculate the subtotal.     = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

                                          - $ _____

**E** **Subtract** **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

                                          = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801        Member FDIC.

THE PRIVATE BANK

```
STEVEN M LEONI                          Date  4/30/20 Page   1 of   1
CHRISTINE S LEONI                       Account Number   @XXXXX@0007
3951 WEST MILLERS BRIDGE RD             Enclosures
SUITE 300
TALLAHASSEE FL  32312
```

```
                    ---- CHECKING ACCOUNTS ----
```

```
Free Checking                      Number of Enclosures              0
Account Number       @XXXXX@0007   Statement Dates  4/01/20 thru  4/30/20
Previous Balance          661.68   Days in the statement period     30
   2 Deposits/Credits   1,321.67   Average Ledger                1,278
      Checks/Debits          .00   Average Collected             1,278
Total Service Charge          .00
Interest Paid                 .00
Ending Balance          1,983.35
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $.00 |
| Total Return Item Fees | $.00 | $.00 |

```
-----------------------------------------------------------------------
```

```
Deposits and Additions
Date      Description                              Amount      Reference
 4/10     PAYROLL    SHS MANAGEMENT L              660.84
          9009243774          04/10/20
          ID #-86685000008708X
          TRACE #-043000094113923
 4/24     PAYROLL    SHS MANAGEMENT L              660.83
          9009243774          04/24/20
          ID #-86858000025663X
          TRACE #-091000010033168
```

```
-----------------------------------------------------------------------
```

```
Daily Balance Information
Date        Balance       Date       Balance       Date       Balance
 4/01        661.68       4/10      1,322.52       4/24      1,983.35
```

# SNAPSHOT
## Current period ending April 30, 2020

ACCOUNT NAME:

STEVEN LEONI &
CHRISTINE S LEONI TEN ENT

ACCOUNT NUMBER:    5173-7439

Your Financial Advisor:
MARION COUNTY HOUSE
JOHN YUZZOLIN
Phone: 800-829-2204
Service Team 24/7:  877-646-8560

800 N MAGNOLIA AVE
STE 900
ORLANDO, FL  32803

If you have more than one account with us, why not link them and receive summary information for your entire household? Contact Your Financial Advisor for more details.

## Message from Wells Fargo Advisors

ONLINE ACCESS AND DELIVERY: STAY CONNECTED WITH YOUR ACCOUNTS AND OUR LATEST MARKET COMMENTARY. YOU CAN ALSO GET ELECTRONIC DELIVERY OF YOUR ACCOUNT DOCUMENTS. SIGN UP TODAY AT WELLSFARGOADVISORS.COM.

## News

YOUR BROKERAGE CASH SERVICES (BCS) ACCOUNT HAS USEFUL FEATURES THAT MAY BE HELPFUL TO YOU AND YOUR FAMILY WHILE PRACTICING SOCIAL DISTANCING. CONSIDER DOWNLOADING THE WELLS FARGO MOBILE APP TO USE THE MOBILE CHECK DEPOSIT FEATURE FOR EASE AND CONVENIENCE.

Wells Fargo Advisors is a trade name used by Wells Fargo Clearing Services, LLC, a registered broker-dealer and non-bank affiliate of Wells Fargo & Company.

Investment and Insurance Products are:
· Not Insured by the FDIC or Any Federal Government Agency
· Not a Deposit or Other Obligation of, or Guaranteed by, the Bank or Any Bank Affiliate
· Subject to Investment Risks, Including Possible Loss of the Principal Amount Invested

SNAPSHOT
020 D8  DRY

**WELLS FARGO ADVISORS**

## Electronic Delivery

STEVEN LEONI &
CHRISTINE S LEONI TEN ENT
3951 WEST MILLERS BRIDGE RD
TALLAHASSEE  FL  32312-1055

# General instructions and disclosures

## About this statement

### Clearing services

Wells Fargo Clearing Services, LLC (Wells Fargo Advisors), an indirect wholly owned subsidiary of Wells Fargo & Company, is a clearing broker-dealer registered with the Securities and Exchange Commission (SEC) and the Municipal Securities Rulemaking Board (MSRB) and is a member of the New York Stock Exchange (NYSE), the Financial Industry Regulatory Authority (FINRA) and all principal U.S. exchanges. Wells Fargo Advisors carries your account(s) and acts as your custodian for funds and securities deposited with us directly by you, or as a result of transactions we process for your account. Twice a year, Wells Fargo Advisors publishes on its web site **www.wfclearing.com** a statement of the firm's financial condition. A financial statement of this organization is available for your personal inspection at its offices, or a copy of it will be mailed upon written request.

### Trade date and trade details

All activity and positions on this statement are shown as of the date a trade is entered on the brokerage trading system (i.e., the trade date). Proceeds from the sale of securities and costs for the purchase of securities are not transacted through your account until the actual settlement date of the trade. The time of the transactions, the name of the buyer or seller, and the source and amount of any commission or fee will be furnished upon request.

### Pricing of securities

Securities prices reflected on your statement may vary from actual liquidation value. Prices shown are provided by outside quotation services which we believe to be reliable but due to the nature of market data the accuracy of such prices cannot be guaranteed, or we may be unable to obtain market data in which case prices for certain issues are not available information and its judgment. Such estimates may not reflect actual trades and do not reflect a commitment by the firm to buy or sell at these prices. Securities listed on a national exchange such as the NYSE or Nasdaq Stock Market are priced as of the close of the statement period. Unlisted shares may be valued at the current best published "bid-price" and, if none exists, the last reported transaction (occurring within the last 45 days. Prices of securities not actively traded may not be available and are indicated by "N/A." For municipal and corporate bonds and other fixed income securities are priced by a computerized pricing service or, for less actively traded issues, by utilizing a yield-based matrix system to arrive at an estimated market value. Listed options are priced based on the closing "bid-side" prices and the last reported trade. Mutual fund shares are priced at net asset value. Shares of direct participation program (DPP) and real estate investment trust (REIT) securities that are not actively traded national exchange are generally illiquid. Because no formal trading market may exist for these investments, their values are estimated. Unless otherwise indicated, the values shown for DPP and REIT securities have been provided by the management of each program and represent that management's estimate of the investor's interest in the net asset value of the program. See statement sections for additional pricing information. Prices for these investments, for managed futures funds are provided on a month delay basis. Other managed futures funds may be priced more frequently. Long-term certificates of deposit (maturity beyond one year from date of issue) are priced using a market value pricing model. Generally, the sale or redemption value of your securities may be higher or lower than the prices shown on your statement. For an actual quote, contact the individual servicing your account.

### Estimated annual income/yield

Estimated Annual Income (EAI), when available, reflects the estimated amount you would earn on a security if your current position and its related income remained constant for a year. Estimated Annual Yield (EAY), when available, reflects the current estimated annual income divided by the current value of the statement closing date. EAI and EAY are estimates and might be higher or lower than the estimated amounts. EAY reflects only the income generated by an investment. It does not reflect changes in its price, which may fluctuate. The information used to derive these estimates is obtained from various outside vendors. Wells Fargo Advisors is not responsible for incorrect or missing estimated annual income and yields. Past performance is not a guarantee of future results.

### Income summary

The Income summary displays all income as recorded in the tax system as of period end date. The totals in the Cash flow snapshot may not match the totals in the Income snapshot due to the reclassifications of income due to tax rules in the tax system. Remember, you may have certain products that are not included in these figures and whose income is only available on the tax forms sent to you at year-end. Reclassifications and other tax reporting requirements may alter the income reported both during and after the year end. You should rely only on tax reporting documents. Contact your tax advisor if you have any questions about the tax consequences of your brokerage activity.

### Texas Designation

If you are a resident of Texas who has purchased mutual fund shares, you may designate a representative to receive notification to assist in avoiding escheatment of assets in your investment account to the State of Texas. This designated representative does not have any rights to your account. Please use the Texas Unclaimed Property link (**https://claimittexas.org/**) to access the Designation of Representative for Notice Request form which you may complete and return to us at **ATTN: H0006-08K, 1 N. Jefferson Ave, St. Louis, MO 63103** or return by email at **clientcontact@firstclearing.com.**

## About your rights and responsibilities

### Questions and complaints about Your Account

This account statement contains important information about your brokerage account, including recent transactions. All account statements sent to you shall be deemed complete and accurate if not objected to in writing within ten days of receipt. We encourage you to review the details in this statement. If you do not understand any of the information in your statement or if you believe there are any inaccuracies or discrepancies in your statement, you should promptly report them to the manager of the Wells Fargo Advisors office listed on the front of your statement. To further protect your rights, including any rights under the Securities Investor Protection Act, any verbal communications with Wells Fargo Advisors should be re-confirmed in writing. Inquiries or complaints about your account statement, including the positions and balances in your account, may be directed to **Wells Fargo Advisors Client Services at (866) 281-7436 or ATTN: H0005-087, 1 N. Jefferson Ave, St. Louis, MO 63103.**

**Public Disclosure:** You may reach FINRA by calling the FINRA BrokerCheck Hotline at **(800) 289-9999** or by visiting its website at **www.finra.org.** An investor brochure that includes information describing FINRA BrokerCheck is available from FINRA. FINRA regulates member firms and provides the FINRA Pricing of Securities Regulation Public Disclosure Program is also available from the FINRA upon request.

**MSRB Disclosure:** A brochure describing the protections available under MSRB rules and how to file a complaint is available at **www.MSRB.org.**

### Account Protection

Wells Fargo Advisors is a member of the Securities Investor Protection Corporation (SIPC) which protects against the loss of cash and securities held in client accounts of a SIPC member firm in the event of the member's insolvency and liquidation. SIPC coverage is limited to $500,000 per customer, including up to $250,000 for cash. For more information on SIPC coverage, including how to obtain an explanatory brochure, please see the explanatory brochure at **www.sipc.org** or contact SIPC at **(202) 371-8300.** In addition, Wells Fargo Advisors maintains additional insurance coverage provided through London Underwriters (led by Lloyd's of London Syndicates). This additional insurance policy becomes available to clients if their SIPC limit is exhausted and provides additional protection up to a firm aggregate of $1 billion, including up to $1.9 million for cash per client. SIPC does not insure the quality of investments or protect against market losses. SIPC only protects the custody function of their members, which means that SIPC works to restore to clients their securities and cash that are in their accounts when the member firm liquidation begins. Not all investments are protected by SIPC. In general, SIPC does not cover instruments such as unregistered investment contracts, unregistered limited partnerships, fixed annuity contracts, currency, interest rate swaps, precious metals, or related commodities, hedge funds and certain other investments.

### Investor education

Wells Fargo Advisors publishes on its web site **www.wellsfargoadvisors.com** information on topics of interest to investors as well as market commentary and economic analysis. Wells Fargo Advisors has also developed numerous investor education guides to provide you with important information regarding the products and services we offer. These guides may be found under the 'Our Insights' tab.

### Free credit balances

Free credit balances are not segregated and may be used by Wells Fargo Advisors in the operation of its business in accordance with applicable laws and regulations. The mere absence of such funds from our use in the course of normal business operations, subject to any open commitments in any of your accounts, any free credit balances to which you are entitled.

### Investment objectives/Risk tolerances

Please inform us promptly of any material change that might affect your investment objectives, risk tolerances or financial situation, or if you wish to impose or change any reasonable restrictions on the management of your account. A copy of the investment objectives and risk tolerance document is available without charge upon request. Please contact the individual denoted on the front of your statement to update your information and to receive a copy of this document.

### Tax reporting

We are required by federal law to report annually to you and to the Internal Revenue Service (IRS) on Form(s) 1099 interest income, dividend payments and sales proceeds including cost basis information for applicable transactions credited to your account.



## SNAPSHOT

**STEVEN LEONI &**
**CHRISTINE S LEONI TEN ENT**

APRIL 1, 2020 - APRIL 30, 2020
ACCOUNT NUMBER: 5173-7439

Page 1 of 7

### Progress summary

|  | THIS PERIOD | THIS YEAR |
|---|---|---|
| Opening value | $31.54 | $12,293.35 |
| Cash deposited | 0.00 | 12,170.08 |
| Securities deposited | 0.00 | 0.00 |
| Cash withdrawn | 0.00 | -24,432.47 |
| Securities withdrawn | 0.00 | 0.00 |
| Change in value | 0.00 | 0.58 |
| **Closing value** | **$31.54** | **$31.54** |

### Value over time

### Portfolio summary

**CURRENT**

| ASSET TYPE | PREVIOUS VALUE ON MAR 31 | % | CURRENT VALUE ON APR 30 | % | ESTIMATED ANN. INCOME |
|---|---|---|---|---|---|
| Cash and sweep balances | 31.54 | 100.00 | 31.54 | 100.00 | 0 |
| Stocks, options & ETFs | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| Fixed income securities | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| Mutual funds | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| **Asset value** | **$31.54** | **100%** | **$31.54** | **100%** | **$0** |

WELLS FARGO ADVISORS

SNAPSHOT
020 08 D8VY

## SNAPSHOT

**STEVEN LEONI &**
**CHRISTINE S LEONI TEN ENT**

APRIL 1, 2020 - APRIL 30, 2020
ACCOUNT NUMBER: 5173-7439

### Cash flow summary

| | THIS PERIOD | THIS YEAR |
|---|---|---|
| **Opening value of cash and sweep balances** | $31.54 | |
| Income and distributions | 0.00 | 0.58 |
| Electronic funds transfers | 0.00 | 12,170.08 |
| **Net additions to cash** | **$0.00** | **$12,170.66** |
| Withdrawals by check | 0.00 | -16,300.00 |
| Electronic funds transfers | 0.00 | -8,097.47 |
| Other subtractions, transfers & charges | 0.00 | -35.00 |
| **Net subtractions from cash** | **$0.00** | **-$24,432.47** |
| **Closing value of cash and sweep balances** | $31.54 | |

### Income summary *

| | | THIS PERIOD | THIS YEAR |
|---|---|---|---|
| TAXABLE | Money market/sweep funds | 0.00 | 0.58 |
| | **Total taxable income** | **$0.00** | **$0.58** |
| | **Total federally tax-exempt income** | **$0.00** | **$0.00** |
| | **Total income** | **$0.00** | **$0.58** |

* Certain distributions made in the current year are reported as prior year income according to IRS regulations. This may cause a difference between Cash Flow and Income Summary totals.

### Gain/loss summary

| | UNREALIZED | THIS PERIOD REALIZED | THIS YEAR REALIZED |
|---|---|---|---|
| Short term (S) | 0.00 | 0.00 | 0.00 |
| Long term (L) | 0.00 | 0.00 | 0.00 |
| **Total** | **$0.00** | **$0.00** | **$0.00** |

WELLS FARGO ADVISORS

## Your Financial Advisor

MARION COUNTY HOUSE
JOHN YUZZOLIN
Phone: 800-829-2204

800 N MAGNOLIA AVE
STE 900
ORLANDO, FL 32803

### Your Wealth Management Relationship Manager

JOHN P MOORE (Wells Fargo Bank, N.A.)
Phone: 904-351-7501

Refer to Specific instructions and disclosures page for information about affiliations.

## Account profile

| | |
|---|---|
| Full account name: | STEVEN LEONI &
CHRISTINE S LEONI TEN ENT |
| Account type: | Brokerage Cash Services |
| Brokerage account number: | 5173-7439 |
| Brokerage Cash Services number: | 9982481340 |
| Tax status: | Taxable |
| Investment objective/Risk tolerance:* | MODERATE GROWTH |
| Time horizon:* | Please Provide |
| Liquidity needs:* | Please Provide |
| Cost Basis Election: | First in, First out |
| Sweep option: | STANDARD BANK DEPOSIT |

*For more information, please visit us at: www.wellsfargoadvisors.com/disclosures

## Available funds

| | |
|---|---|
| Cash | 0.00 |
| Money market and sweep funds | 31.54 |
| Available for loan | 0.00 |
| **Your total available funds** | **$31.54** |

---

## SNAPSHOT

Page 3 of 7

**STEVEN LEONI &
CHRISTINE S LEONI TEN ENT**

APRIL 1, 2020 - APRIL 30, 2020
ACCOUNT NUMBER: 5173-7439

### Client service information

Service Team 24/7:    877-646-8560
Website:    www.wellsfargoadvisors.com

### For your consideration

Go paperless. Accessing your account documents online is easy, secure, and costs nothing. Sign on to **wellsfargoadvisors.com** with your online access Username and Password, select **Statements & Docs**, and then click on the **Delivery Preferences** Quick Link. Choose **Electronic Delivery** to go paperless or select specific account documents for electronic delivery. If you do not have a Username and Password, visit **wellsfargoadvisors.com/signup** or call 1-866-281-7436 for enrollment assistance.

### Document delivery status

Email Address: SLEONI@STEVENLEONI.COM

| | Paper | Electronic |
|---|---|---|
| Statements: | | X |
| Trade confirmations: | | X |
| Tax documents: | X | |
| Shareholder communications: | | X |
| Other documents: | | X |

**STEVEN LEONI &**
**CHRISTINE S LEONI TEN ENT**

APRIL 1, 2020 - APRIL 30, 2020
ACCOUNT NUMBER:  5173-7439

## Portfolio detail

### Cash and Sweep Balances

Sweep Balances - You have the right, in the course of normal business operations, to withdraw balances in the Bank Deposit Sweep Program(s) or redeem shares of the money market mutual fund used in the sweep, subject to any open commitments in any of your accounts and have the proceeds returned to your accounts or remitted to you. Note, however, that as required by federal banking regulations, the banks in the Bank Deposit Sweep Program(s) reserve the right to require seven days prior notice before permitting a transfer out of the Bank Deposit Sweep Program(s).  In addition, the money market mutual funds in the sweep reserve the right to require one or more day's prior notice before permitting withdrawals.

Standard Bank Deposit Sweep - Consists of monies held at Wells Fargo Bank, N.A. and (if amounts exceed $250,000) at one Wells Fargo affiliated bank.
Expanded Bank Deposit Sweep - Consists of monies held at Wells Fargo Bank, N.A. and (if amounts exceed $250,000) at one or more Wells Fargo affiliated or nonaffiliated banks.
Brokered Liquid Deposit - Consists of monies held at one or more nonaffiliated and Wells Fargo affiliated banks.
Assets in the Bank Deposit Sweep Program and Brokered Liquid Deposit are not covered by SIPC, but are instead eligible for FDIC insurance of up to $250,000 per depositor, per institution, in accordance with FDIC rules.  For additional information, please contact Your Financial Advisor.

| DESCRIPTION | % OF ACCOUNT | ANNUAL PERCENTAGE YIELD EARNED* | CURRENT MARKET VALUE | ESTIMATED ANNUAL INCOME |
|---|---|---|---|---|
| STANDARD BANK DEPOSIT | 100.00 | 0.00 | 31.54 | 0.00 |
| Interest Period 04/01/20 - 04/30/20 | | | | |
| **Total Cash and Sweep Balances** | **100.00** | | **$31.54** | **$0.00** |

* APYE measures the total amount of the interest paid on an account based on the interest rate and the frequency of the compounding during the interest period. The annual percentage yield earned is expressed as an annualized rate, based on a 365 day year.

## Activity detail by date

| DATE | ACCOUNT TYPE | TRANSACTION/ CHECK NUMBER | QUANTITY | DESCRIPTION | PRICE | AMOUNT | CASH AND SWEEP BALANCES |
|---|---|---|---|---|---|---|---|
| 04/01 | | | | BEGINNING BALANCE | | | 31.54 |

## Cash sweep activity

Our Cash Sweep program allows you to earn a return on the idle cash balances in your account by automatically investing such balances into one of our cash sweep options. These 'sweep transactions' may represent a net amount for the day and occur on settlement date. The following section displays transfers into and out of your sweep option. Transactions displayed here are Transfer To, Transfer From and Reinvested Dividends and Interest. These transaction amounts are not included in your cash flow summary.

| DATE | TRANSACTION | DESCRIPTION | AMOUNT | DATE | TRANSACTION | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 04/01 | | BEGINNING BALANCE | 31.48 | 04/30 | | ENDING BALANCE | 31.54 |
| 04/01 | TRANSFER TO | STANDARD BANK DEPOSIT | 0.06 | | | | |

STEVEN LEONI &
CHRISTINE S LEONI TEN ENT

APRIL 1, 2020 - APRIL 30, 2020
ACCOUNT NUMBER: 5173-7439

## Bank Deposits Through Teller

### Wells Fargo Bank, N.A. (Member FDIC)

**Account number 9982481340**

**April 1 - April 30**

**Questions? Call us at 1-877-646-8560**

Deposits made in a bank branch on the last business day of the month will typically appear on your next statement.

| DATE | TRANSACTION | DESCRIPTION | AMOUNT | BANK BALANCE |
|------|-------------|-------------|--------|--------------|
| 04/01 | | BEGINNING BALANCE | | $0.00 |
| 04/30 | | ENDING BALANCE | | $0.00 |

## Specific instructions and disclosures

**Available funds**
"Available for loan" reflects the approximate amount available as of the statement period ending date and should be reduced by any pending checks and Visa charges not yet cleared. This amount is the approximate amount available for withdrawal and loans. A margin loan is a variable rate loan secured by your account.

**Cost basis - To add or update information or modify your reporting options, please contact Your Financial Advisor.**
This statement presents estimated unrealized or realized gains or losses for your information only. If acquisition or other information is not available, the gain/loss information may not be displayed and section and summary totals may not reflect your complete portfolio. Cost basis information is not verified by Wells Fargo Advisors and should not be relied upon for legal or tax purposes. Revisions to this information (due to corporate mergers, tenders and other reorganizations) may be required from time to time.

Cost basis for factored bonds (GNMA, CMO, etc.) will be adjusted for paydown of principal. Systematic investments in mutual funds and reinvested dividends for mutual funds and stocks have been consolidated for each position. Unit cost data for systematic investments and dividend reinvestment securities is provided for informational purposes only and is a non-weighted average.

Your account statement should not be used for tax preparation without assistance from your tax consultant. We do not report capital gains or losses for non-covered securities to the IRS.

Cost basis options
Unless specific tax lots are selected at trade time, sales of tax lots will occur using the cost basis election reflected in the Account profile section.

020 D6 D8YY

**STEVEN LEONI &
CHRISTINE S LEONI TEN ENT**

APRIL 1, 2020 - APRIL 30, 2020
ACCOUNT NUMBER:  5173-7439

**Your Wealth Management Relationship Manager**
Your relationship manager listed is employed by Wells Fargo Bank, N.A. Wells Fargo affiliates may be paid a referral fee in relation to clients referred to Wells Fargo Bank, N.A. (WFB). WFB offers various advisory and fiduciary products and services. Financial Advisors of Wells Fargo Advisors, a separate non-bank affiliate, may refer clients to the bank for an ongoing or one-time fee. The role of the Financial Advisor with respect to bank products and services is limited to referral and relationship management services. WFB is responsible for the day-to-day management of any bank products and services and their related accounts.

020 D8 D8YY

WELLS FARGO ADVISORS

## Statement balancing guide

1  Record in your account register all items which may appear on this statement that have not previously been entered in your account register, such as ATM/Check Card transactions, automatic transfers, preauthorized drafts, interest earned, service charges, proceeds from sales, security purchases, etc.

2  In your account register, check off the additions and subtractions as shown in the Activity Detail Section.

3  In the Outstanding Additions section at the right (Section A), list any outstanding additions such as deposits, dividends and interest, proceeds from sales, etc., that have been made since the date of this statement.

4  In the Outstanding Subtractions section at the right (Section B), list any checks that have not yet been paid and any outstanding subtractions such as ATM/Check Card transactions and any margin interest, service fees and purchases, etc., that have been made since the date of this statement.

5  Write in the Closing Balance shown in the Cash flow summary.

6  Write in the total amount of Outstanding additions (Section A).          +  _____

7  Total the amounts in lines 5 & 6.          =  _____

8  Write the total amount of Outstanding Subtractions (Section B).          -  _____

9  Subtract the amount in line 8 from the amount in line 7. This is your **Adjusted Statement Balance.**          =  _____

### A. Outstanding Additions

| Date | Amount |
|------|--------|
|      | $      |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| Total |       |

### B. Outstanding Subtractions

| Number | Amount |
|--------|--------|
|        | $      |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| Total  |        |

*** THIS PAGE IS INTENTIONALLY LEFT BLANK ***